1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DONTE ROLAND HAMS,                    1:09-cv-0898-YNP (HC)

               Petitioner,

                                  ORDER AUTHORIZING
   vs.                           IN FORMA PAUPERIS STATUS

HECTOR RIOS, JR.,

               Respondent.

_____/

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

proceed *in forma pauperis*.  The petition will be screened in due course.


     IT IS SO ORDERED.

    **Dated:   June 17, 2009**               **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE