1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE ROLANDO HARRIS, | 1:09-cv-00898 YNP DLB (HC) |
| Petitioner, | |
| v. | ORDER GRANTING PETITIONER'S MOTION FOR CORRECTION |
| HECTOR RIOS JR., | [Docs. #4, 7] |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 8, 2009, and again on June 24, 2009, Petitioner filed motions seeking to correct his last name. Petitioner's name has been appearing as "Hams" on the docket and Petitioner now wishes it to be changed to "Harris." Good Cause appearing, Petitioner's motions for correction are hereby GRANTED and the clerk of the court is ORDERED to correct the docket by changing Petitioner's last name from "Hams" to "Harris."

IT IS SO ORDERED.

Dated:   **June 26, 2009**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE